# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

USA

vs.

(1) Matthew Carl Mazzocco
*Defendant*

§
§
§
§
§
§
§

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Excluding Probation Cases)

Case Number: SA:21-M-00054(1) HJB

REF: 1:21-mj-00096

I, _____(1) Matthew Carl Mazzocco_____ understand that in the District of Columbia/Washington charges are pending alleging violation of ___18:1752(a)(1)&(2)___
___40:5104(e)(2)(D)&(G)___
and that I have been arrested in this district and taken before a United States Magistrate, who informed me of the charge and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel: (2) an identity hearing to determine whether I am the person named in the charge(s); (3) a preliminary hearing (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; (4) request transfer of the proceedings to this district under Federal Rule of Criminal Procedure 20, in order to plead guilty.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

(✓) Identity Hearing.

(✓) Preliminary Hearing.

( ) Identity Hearing and I have been informed I have no right to a preliminary examination.

( ) Identity Hearing but request a preliminary hearing be held in the prosecuting district and therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

1/22/2021
Date

(1) Matthew Carl Mazzocco, *Defendant*

Robbie L. Ward
*Counsel for Defendant*