# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| Plaintiff, § | |
| § | |
| V. § | CASE NO. SA:21-MJ-00054(1)HJB |
| § | |
| MATTHEW CARL MAZZOCCO § | REF: 1:21-MJ-00096 |
| Defendant. § | |

## NOTICE OF APPEARANCE

**TO THE HONORABLE UNITED STATES JUDGE FOR THE WESTERN DISTRICT OF TEXAS, SAN ANTONIO DIVISION:**

Enter my appearance as Counsel in said case for Defendant, MATTHEW MAZZOCCO.

I certify that I am licensed to practice in this Honorable Court.

SIGNED this the 22nd day of January, 2021.

Respectfully submitted

ROBBIE L. WARD
SBN: 24033435
530 LEXINGTON AVE
San Antonio, Texas 78215
Tel: (210) 758-2200

_____/s/_____
ROBBIE L. WARD

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing Notice of Appearance was electronically filed with the Clerk of this Honorable Court using the CM/ECF system which will send notification electronically to KELLY STEPHENSON, Assistant United States Attorney.

SIGNED on this the 22nd day of January 2021.

                                                                  /s/
                                              ROBBIE L. WARD